FILED

May 11, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003483855

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

MICHAEL LOMONACO and
CYNTHIA LOMONACO,

Debtors.
_____/

Case No. 10-18673-A-7F

DC No. RHT-2

**TRUSTEE'S MOTION TO SELL
PROPERTY OUT OF THE
ORDINARY COURSE OF
BUSINESS AT PUBLIC AUCTION
(11 U.S.C. Sec. 363(b)(1);(f))**

Date:  June 8, 2011
Time: 9:00 a.m.
Dept: A

Robert Hawkins, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U. S. C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S. C. Section 157(b)(2)(A), (N).

2.      This case was commenced by the filing of a Chapter 7  petition on July 30, 2010 Robert Hawkins was appointed Chapter 7 Trustee on or about July 30, 2010.

3.      Among the assets of the estate is a 2002 Chevrolet Avalanche.

4.      The Trustee wishes to sell the subject asset so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on June 25, 2011 at 9:00 a.m. at Highways 198 & 43, Hanford, California.

5.      The Trustee believes that the sale is in the best interests of the estate.

6.      The Trustee is informed and believes that there are no known liens against the asset to be sold.

7.     The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1.     For an Order approving the public auction sale of the subject property described above to be held on June 25, 2011 at 9:00 a.m. at Highways 198 & 43, Hanford, California; and

2.     For such other and further relief as the Court deems just and proper.

**DATED:** MAY 10, 2011

_____/S/_____
ROBERT HAWKINS,
Chapter 7 Trustee

2